# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARRYL LIGONS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. 25-cv-00452 |
| TRANSUNION LLC, | ) ) ) |
| Defendant. | ) |

### DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL

Comes Now, Trans Union LLC ("Trans Union"), incorrectly named Transunion LLC, and files this Notice of Removal pursuant to 28 U.S.C. §1446(a) and in support thereof would respectfully show the Court as follows:

### A.    PROCEDURAL BACKGROUND

1. On July 7, 2025, Plaintiff Darryl Ligons ("Plaintiff") filed his Small Claims Affidavit in this action in the District Court of Tulsa County, Oklahoma, Case No. SC-2025-8930 ("State Court Action") alleging violations of the Fair Credit Reporting Act ("FCRA") 15 U.S.C. § 1681, *et seq*. by stating that Trans Union "hinder[ed] [his] credit by failure to report positive accounts on [his] credit file."

1. The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal.

2. Defendant Trans Union was served with Plaintiff's Complaint on August 6, 2025. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. § 1446(b).

### B.    GROUNDS FOR REMOVAL

3. The present suit is an action over which the United States District Court for the Northern District of Oklahoma has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a

1

civil action founded on a claim or right arising under the laws of the United States and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is proper because Plaintiff's claims present a federal question. *See* 28 U.S.C. §§ 1331 and 1441(a). In the Complaint, Plaintiff seeks damages for Defendants' alleged violations of the FCRA.

4. Pursuant to 28 U.S.C. § 1367, this Court also has supplemental jurisdiction over the state law claims asserted by Plaintiff.

### C. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

5. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after Defendant Trans Union LLC was first served with the Complaint, the initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

6. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the Northern District of Oklahoma because it is in the district embracing the place where the state court action is pending.

7. Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the District Court of Tulsa County, Oklahoma, as required by 28 U.S.C. § 1446(d).

8. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders, served upon Trans Union are attached hereto as **Exhibit A**.

9. A copy of the State Court docket sheet is attached as **Exhibit B**.

10. Trial has not commenced in the District Court of Tulsa County, Oklahoma.

WHEREFORE, Trans Union respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

Respectfully submitted,

*/s/ Amanda Loughmiller*
Amanda Loughmiller (OBA #35383)
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5455
Fax: (214) 871-2111
aloughmiller@qslwm.com
**Counsel for Trans Union LLC**

8113638.1

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August 2025, a true and correct copy of the above and foregoing document has been sent by Regular Mail to the following party:

Darryl Ligons
1545 E. 597 Pl
Tulsa, OK 74105
Tel: (984) 920-1451
*Plaintiff Pro Se*

/s/ Amanda Loughmiller
**AMANDA LOUGHMILLER**

8113638.1