# EXHIBIT A

# IN THE DISTRICT COURT
## OF TULSA COUNTY, OKLAHOMA

Darryl Ligons )
         Plaintiff, )
   vs. ) No. SC-2025-8930
Transunion LLC )
         Defendant, )

## SMALL CLAIMS AFFIDAVIT

Darryl Ligons, being duly sworn, deposes and states:

That the defendant resides at 555 W. Adams St in Chicago, ILL 60661 County, Oklahoma; and the mailing address of the defendant is 555 W. Adams St Chicago, ILL 60661.

If the defendant's residence is not in Tulsa County, this action is brought to collect an open account, note, or other instrument of indebtedness contracted or given in Tulsa County; or Tulsa County is otherwise the proper venue for collection of such open account, note, or instrument of indebtedness. Plaintiff acknowledges and disclaims jury trial for amounts of $1,500.00 or less. (See Oklahoma Statutes, Title 12, Sections 1751, 1752, 134, 135, 139 and 142, Oklahoma Constitution, Article 2.)

The defendant owes the plaintiff $ 2,500 for Hindering my Credit by failure to report positive accounts on my credit report, and not reporting each month payment history in the Summary Report.

The plaintiff has demanded payment, but the defendant has refused to pay, and no part of the amount sued for has been paid.

THE MAILING ADDRESS OF THE PLAINTIFF IS 1545 E. 59th Pl Tulsa Ok 74105

Signature

Subscribed and sworn to before me this  7  day of  July , 20 25 .

*My Commission Expires*

DON NEWBERRY, Court Clerk

Notary Public (or Clerk or Judge)

## ORDER

THE STATE OF OKLAHOMA TO THE DEFENDANT:

You are hereby directed to appear and answer the above claim at the time set below, and to have with you at that time all books, papers, and witnesses needed to establish your defense.

This matter shall be heard on the  13  day of  Aug , 20 25  at  9  o'clock A.M. in Courtroom One (1), of the JUVENILE JUSTICE CENTER, 500 W. ARCHER, in Tulsa, Tulsa County, Oklahoma.

YOU ARE FURTHER NOTIFIED THAT IF YOU DO NOT SO APPEAR, JUDGMENT WILL BE GIVEN AGAINST YOU.

The amount of the claim, as stated in the above affidavit and, in addition, for costs of the action (including attorney fees where provided by law) and costs of service of the order.

Dated this  7  day of  July , 20 25 .

DON NEWBERRY, Court Clerk

Clerk of the Court (or Judge)

I Don Newberry, Court Clerk. for Tulsa County, Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears of record in the Court Clerk's Office of Tulsa County, Oklahoma, dated this

_____ day of _____, 20_____.

By_____
         Deputy

Sheriff or process server's return to be made on or before

_____

**NOTICE TO PLAINTIFFS AND DEFENDANTS:**
**FREE MEDIATION EARLY SETTLEMENT**
Information/scheduling   918.596.7786
susan.johnson@tulsacounty.org



DISTRICT COURT
FILED
JUL 07 2025
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

Form 4874 (Rev. 1-2025) Front  (SMALL CLAIMS)

# RETURN OF SERVICE

## PERSONAL SERVICE

I certify that I received the foregoing affidavit and order on the _____ day of _____, 20_____, and that I delivered a copy of said affidavit and order to each of the following named defendants personally in _____ County at the address and on the date set forth opposite each name, to-wit:

| Name of Defendant | Address | Date of Service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

## USUAL PLACE OF RESIDENCE

I certify that I received the foregoing affidavit and order on the _____ day of _____, 20_____, and that on _____, I served _____ by leaving a copy of said affidavit and order at _____ which is the person's dwelling house or usual place of abode, with _____, a person then residing therein who is fifteen (15) years of age or older.

I certify that on _____, I served _____ by leaving a copy of said affidavit and order at _____ which is the person's dwelling house or usual place of abode, with _____, a person then residing therein who is fifteen (15) years of age or older.

## CORPORATION RETURN

Received this affidavit and order this _____ day of _____, 20_____ and as commanded therein. I summoned the within named defendant, as follows, to-wit: _____

a corporation, on the _____ day of _____, 20_____ by delivering a true and correct copy of the within affidavit and order to _____ he being the _____ of said corporation, and the _____ President, Vice-President, Secretary, Treasurer, or other chief officer not being found in said County.

## NOT FOUND

Received this affidavit and order this _____ day of _____, 20_____. I certify that the following persons of the defendant _____ within named not found in said County: _____

## FEES

Fee for service $_____. Mileage $_____, Total $_____

Dated this _____ day of _____, 20 _____

Sheriff

By: _____
Deputy—Tulsa County Oklahoma

By: _____
Process Server—Tulsa County, Oklahoma

## AFFIDAVIT

I, _____, the undersigned, under oath say that I served this affidavit and order and made the return thereon, according to law that I am duly authorized to make this affidavit, so help me God.

_____
Process Server

Subscribed to and sworn to before me _____ on this _____ day of _____, 20_____, Notary Public or Deputy Court Clerk.

## CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing affidavit and order to the following named defendants at the address shown by certified mail, addressee only, return receipt requested, on the _____ day of _____, 20_____, and receipt thereof on the dates shown:

| Defendant | Address Where Served | Date Receipted |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

DON NEWBERRY, COURT CLERK

By: _____
Deputy

Form 4874 (Rev. 1-2025) Back  (SMALL CLAIMS)