# United States District Court
## for the Northern District of Oklahoma

Case No. 25-cv-452-JDR-CDL

DARRYL LIGONS,

*Plaintiff,*

*versus*

TRANSUNION LLC,

*Defendant.*

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Order filed contemporaneously herewith, the Court concludes that judgment in this matter should be entered in favor of Defendant Transunion LLC.

Judgment for Defendant and against Plaintiff is hereby entered in this matter.

DATED this 6th day of November 2025.

_____
JOHN D. RUSSELL
*United States District Judge*